UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WESTERN WORLD
INSURANCE CO.,

    Plaintiff,

v.

                                    Case No. 22-11333

                                    Hon. George Caram Steeh

PSP STORES, LLC, d/b/a
PET SUPPLIES PLUS,

    Defendant.
_____/

## ORDER STAYING CASE

Defendant filed a bankruptcy petition, resulting in an automatic stay of this action pursuant to 11 U.S.C. § 362(a). *See* ECF No. 28. Accordingly, IT IS HEREBY ORDERED that this action is STAYED until further order of the court.

Dated: November 7, 2024                        s/George Caram Steeh
                                                                       George Caram Steeh
                                                                         United States District Judge